United States Courts
Southern District of Texas
FILED

*July 08, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.    H-25-628-S** |
| | § | |
| **JOSE CANTU** | § | |
| **CANDELARIO PEREZ, JR.** | § | |
| **Also known as "MULA,"** | § | |
| **Defendants.** | § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
**(Conspiracy to Possess With Intent to Distribute Controlled Substance)**

Between on or about July 19, 2025, and continuing thereafter until on or about June 16, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**JOSE CANTU**
**and**
**CANDELARIO PEREZ, JR., aka "MULA,"**

did knowingly and intentionally conspire and agree with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(ii).

1

## COUNT TWO
### (Possession With Intent to Distribute Controlled Substance)

On or about October 29, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**JOSE CANTU**
**and**
**CANDELARIO PEREZ, JR., aka "MULA,"**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT THREE
### (Possession With Intent to Distribute Controlled Substance)

On or about June 16, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**CANDELARIO PEREZ, JR., aka "MULA,"**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## NOTICE OF CRIMINAL FORFEITURE
### (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to **Defendant**,

**JOSE CANTU**
**and**
**CANDELARIO PEREZ, JR., aka "MULA,"**

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the

following is subject to forfeiture:

1.  all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and
2.  all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____

FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

*Leo J. Leo, III*
LEO J. LEO, III
Assistant United States Attorney

3